

RECEIVED

NOV 3 0 2020

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

Virginia:

### In THE UNITED STATES DISTRICT COURT
### Newport News Division

Dennis Ray Graves,
                Plaintiff,

V.                                              Case No.

Virginia Social Security BOARD.
Respondent Superior, Et, Al.
                Respondent.

MOTION FOR GRANT OF 60-B MOTION TO CORRECT ERROR.

Dennis Ray Graves, Plaintiff, (SSN) Social Security number- 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. States the following; In the year of June 6, 1974 'Graves was granted full disability for life from evaluation of 7-Seven doctors, however, July 10th, 1982 'Graves was locked up and sent to prison, Graves today 38 years later Still remains in prison on this same prison Sentence. In the year of 1983 'Graves received a letter from the Social Security Board, the letter informed 'Graves that Graves' disability benefit Checks were immediatly Stopped due to Graves' incarceration, however, on Graves being released from Prison, once that occurred 'Graves Checks would be reinstated.

-1-

https://mail.google.com/mail/u/0/?tab=rm#inbox?projector=...

Graves now states that his disability benefits "monthly checks" were illegally taken, because, expose factors prevents the taken of Graves benefits, because, Graves was granted full disability in the year of 1974. it wasn't till (7) seven years latter before the year of 1981 - that a new law was inacted to prevent prisoners from receiving their disabilitys. Graves now states his disability was granted in 1974. 7-Seven years before the 1981 new law - therefrom, expose factors prevents the taking of Graves benefits - as the new law can't be applied to Graves. Graves now request this Honorable Court grant Graves 60-B-motion to correct error or mistake. and ORDER the Social Security Board Pay Graves 37 years from 1983 - back disability benefits - as such disability was taking illegally. Graves estimates he is owed. about $310,000 with interest added each year (compounded) left in a bank with roll overs - from flunkuated interest rates of 10 percent, then 8 too 6 too 4 percent two present 1½ or 2. Graves is owed about $175,000 interest - Graves is owed combined about $475,000. as this Court will assess the Proper Amount. Sincerely,

Dennis Ray Graves

DENNIS RAY GRAVES - 1176500

Dennis Ray Graves

D.F.C.C.

21360 - Deerfield Drive

Capron, Virginia 23829

November 16th 2020

-2-

8/10/2020